IN UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| **Progressive Health and Rehab Corp.,** | : | Case No. 2:19-CV-4710 |
| | : | |
| Plaintiff, | : | **CHIEF JUDGE ALGENON L.** |
| | : | **MARBLEY** |
| vs. | : | |
| | : | Magistrate Judge Jolson |
| **Medcare Staffing, Inc.,** | : | |
| | : | |
| Defendant. | : | |
| | : | |

**NOTICE OF ACCEPTANCE OF DEFENDANT MEDCARE STAFFING, INC.'S OFFER OF JUDGMENT UNDER FEDERAL RULE OF CIVIL PROCEDURE 68**

To: Richard W. Nagel, Clerk.

Please take notice that on June 19, 2020, Defendant Medcare Staffing, Inc. served its Fed. R. Civ. P. 68 Offer of Judgment to Plaintiff Progressive Health and Rehab Corp. ("Plaintiff"), a copy of which is attached hereto as Exhibit A, and that on June 22, 2020, counsel for Plaintiff responded via email that Plaintiff has accepted said Offer of Judgment, a copy of which is attached hereto as Exhibit B. On June 26, 2020, counsel for Plaintiff also agreed, via email, to the Proposed Form for Clerk's Entry of Judgment, a copy of which is attached hereto as Exhibit C.

Accordingly, in accordance with Rule 68(a), Defendant hereby respectfully requests that the Clerk enter judgment as provided in the form attached to this notice as Exhibit C.

| | |
|---|---|
| Dated: June 23, 2020 | Respectfully submitted, |
| | /s/Kristine M. Maher |
| OF COUNSEL: | Kristine M. Maher (0098179) |
| | Frank M. Schultz (0096876) |
| | GRAYDON HEAD & RITCHEY LLP |
| GRAYDON HEAD & RITCHEY LLP | 312 Walnut Street, Suite 1800 |
| 312 Walnut Street | Cincinnati, OH 45202 |
| Suite 1800 | Phone: (513) 629-2893 |
| Cincinnati, OH 45202 | Fax: (513) 333-4356 |
| Phone: (513) 621-6464 | Email: kmaher@graydon.law |
| Fax: (513) 651-3836 | fschultz@graydon.law |

*Counsel for Defendant Medcare Staffing, Inc.*

10362677.2

2