IN UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| **Progressive Health and Rehab Corp.,** | : | Case No. 2:19-CV-4710 |
| | : | |
| Plaintiff, | : | CHIEF JUDGE ALGENON L. |
| | : | MARBLEY |
| vs. | : | |
| | : | Magistrate Judge Jolson |
| **Medcare Staffing, Inc.,** | : | |
| | : | |
| Defendant. | : | |
| | : | |

**JUDGMENT ON AN ACCEPTED OFFER
UNDER FEDERAL RULE OF CIVIL PROCEDURE 68**

The Plaintiff having accepted Defendant's offer of judgment made under Fed.R.Civ.P. 68(a), judgment is hereby entered in favor of Plaintiff and against Defendant in the total sum of $10,000.00, of which the sum of $5,000.00 is for satisfaction of all claims arising under the Telephone Consumer Protection Act and the Junk Fax Prevention Act, as asserted in Paragraphs B-D on Page 14 of Plaintiff's *Class Action Complaint* [Doc. 1], plus an additional award of $5,000.00 for reasonable attorney's fees and costs.

So ordered on this 6th day of July, 2020.

CLERK OF COURT

*Signature of Clerk or Deputy Clerk*