# IN UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| **Progressive Health and Rehab Corp.,** | : | Case No. 2:19-CV-4710 |
| | : | |
| Plaintiff, | : | CHIEF JUDGE ALGENON L. |
| | : | MARBLEY |
| vs. | : | |
| | : | Magistrate Judge Jolson |
| **Medcare Staffing, Inc.,** | : | |
| | : | |
| Defendant. | : | |
| | : | |

## PLAINTIFF'S ACKNOWLEDGMENT OF SATISFACTION OF JUDGMENT

The undersigned counsel for Plaintiff hereby acknowledges receipt of $10,000.00 in full satisfaction of the judgment entered herein.  The Clerk is hereby requested to mark the judgement as fully paid and satisfied.

Dated: July 28, 2020

By: */s/ Robert E. DeRose* 
Robert E. DeRose – Ohio Bar #0055214
Jessica R. Doogan – Ohio Bar #0092105
BARKAN MEIZLISH DEROSE WENTZ
McINERNEY PEIFER, LLP
250 E. Broad St., 10th Floor
Columbus, OH  43215
Telephone:  614-2221-4221/Fax:  614-744-2300
bderose@barkanmeizlish.com
jdoogan@barkanmeizlish.com

Ryan M. Kelly, Esq. (*pro hac vice admitted*)
Anderson + Wanca
3701 Algonquin Rd., Suite 500
Rolling Meadows, IL 60008
Telephone: 847-368-1500/Fax 847-368-1501
rkelly@andersonwanca.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 28, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record.

                                                  */s/ Robert E. DeRose*